UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD COHAN,**

      **Plaintiff,**

v.                                             Case No. 6:23-cv-1368-CEM-LHP

**WHITE DIAMOND**
**HOSPITALITY LLC,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal With Prejudice (Doc. 23). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 10, 2023.



Copies furnished to:

Counsel of Record